IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHANDRA LYONS,**                                                                    **PLAINTIFF**
**ADC #704518**

v.                       Case No. 1:15-cv-00048-KGB-JJV

**LINDA DIXON, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

SO ADJUDGED this the 4th day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE